UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-00204-FDW-DSC

| | |
|---|---|
| LAKESHA S. CHESTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| U.S. SECURITY ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon Defendant U.S. Security Associates, Inc.'s Motion to Strike. (Doc. No. 20). In the Motion, Defendant asks the Court to strike one of Plaintiff's filings ((Doc. No. 19)). The Court concurs that striking the filing at issue is appropriate, and hereby GRANTS Defendant's Motion in accordance with Rule 12(f) of the Federal Rules of Civil Procedure and Rule 408 of the Federal Rules of Evidence. Access to Plaintiff's filing, (Doc. No. 19), is hereby RESTRICTED to the parties in this case and court staff. The Clerk is directed to restrict access to the filing in this manner.

IT IS SO ORDERED.

Signed: November 19, 2012

Frank D. Whitney
United States District Judge