UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-00204-FDW-DSC

| | |
|---|---|
| LAKESHA SHANTAY CHESTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| US SECURITY ASSOCIATES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before this Court upon Plaintiff Lakesha Chester's Motion to Strike ("Plaintiff's Motion"). (Doc. No. 35). Plaintiff's Motion is filed with respect to Defendant US Security Associates' Motion to Quash Plaintiff's Subpoenas ("Defendant's Motion"). (Doc. No. 33). Plaintiff's Motion requests that this Court strike Defendant's Motion because of conditions Plaintiff has agreed to that Plaintiff claims render arguments made in Defendant's Motion moot. As such, the Court treats Plaintiff's Motion as a response to Defendant's Motion. Because Defendant's Motion was referred to Magistrate Judge David S. Cayer, and because Plaintiff's Motion is being treated as a response to Defendant's Motion, Plaintiff's Motion is hereby also REFERRED to Magistrate Judge Cayer.

IT IS SO ORDERED.

Signed: March 13, 2013

Frank D. Whitney
United States District Judge