# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-CV-00204-FDW-DSC

| | |
|---|---|
| LAKESHA SHANTAY CHESTER,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. SECURITY ASSOCIATES, INC.,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on Defendant's "Motion to Quash Plaintiff's Subpoenas" (document #33) and "Motion to Quash Plaintiff's Amended Subpoenas" (document #38).

On December 21, 2012, the Court <u>extended</u> the discovery deadline to January 11, 2013, but <u>ordered</u> that there would be no further extensions of that deadline. <u>See</u> "Order" (document #23). Plaintiff served subpoenas on February 26, 2013, and amended subpoenas on March 7, 2013, after discovery had closed. For this reason, and having conferred with the chambers of the Honorable Frank D. Whitney, the Motions are **GRANTED**.

The Clerk is directed to send copies of this Order to the <u>pro se</u> Plaintiff, to defense counsel, <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED.**

Signed: March 21, 2013

David S. Cayer
United States Magistrate Judge