UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-00204-FDW-DSC

| | |
|---|---|
| LAKESHA SHANTAY CHESTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>US SECURITY ASSOCIATES, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before this Court sua sponte. The Court hereby ORDERS the parties to provide supplemental briefing on the following issues:

1. The date Plaintiff Lakesha Shantay Chester was terminated from her employment with US Security Associates.
2. Whether the parties stipulate to the date Plaintiff's employment with US Security Associates was terminated.
3. The date other employees of US Security Associates working at Piedmont Medical Center were terminated from their employment with US Security Associates.
4. Whether the parties stipulate to the date other employees of US Security Associates working at Piedmont Medical Center were terminated from their employment with US Security Associates.

The parties shall submit their supplemental briefings no later than May 1, 2013. As trial is approaching, the Case Management Order (Doc. No. 11), in this case is hereby STAYED. After May 1, 2013, an amended case management order will be issued by the Court.

IT IS SO ORDERED.

Signed: April 2, 2013

Frank D. Whitney
United States District Judge