UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-CV-00204-FDW-DSC

| | | |
|---|---|---|
| LAKESHA SHANTAY CHESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| US SECURITY ASSOCIATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before this Court sua sponte. Previously, the Court ordered the parties to provide the Court with supplemental briefings and stayed the Case Management Order, (Doc. No. 11) until the supplemental briefings were submitted. See (Doc. No. 45). The parties have now submitted their supplemental briefings, and, accordingly, the Court LIFTS the stay. The Case Management Order in this case, (Doc. No. 11) is hereby amended as follows:

1. Dispositive Motions Hearing:     August 5-16, 2013
2. Pre-trial Submissions:           7 calendar days before FPC
3. Final Pre-trial Conference (FPC): To be determined
4. Trial:                           Term beginning September 3, 2013

All other aspects of the Case Management Order remain in full force and effect.

IT IS SO ORDERED.

Signed: June 14, 2013

Frank D. Whitney
Chief United States District Judge