# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Lakesha Shantay Chester**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00204-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| US Security Associates**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2013 Order.

August 12, 2013

*Frank G. John*

Frank G. Johns, Clerk
United States District Court