```
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-00204-FDW-DSC
```

| | |
|---|---|
| LAKESHA SHANTAY CHESTER, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| US SECURITY ASSOCIATES, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon Plaintiff Lakesha Shantay Chester's "Plaintiff['s] Response Disputing the Bill of Cost[s]." (Doc. No. 60). The Court treats this Response as a motion. For the reasons stated below, Plaintiff's Response is DENIED. Plaintiff remains responsible for all costs as set forth in Defendant US Security Associates' Bill of Costs, (Doc. No. 56) filed with the Clerk's Office.

In her Motion, Plaintiff states the following:

> On August 21,2013 I received a Bill of Cost in regards to the above- referenced case. I do not feel that I am the responsible party for **any** part of these costs that were accrued by the defendant due to the facts that I also, had cost that were incurred due to the case and I never asked the defendant for assistance with my cost. Also, the defendant and its counsel choose to utilize these methods to formulate the case so they defendant should be responsible to pay all the cost involved in the above- referenced case and I will be responsible for my cost that were incurred.

(Doc. No. 60).

Under Rule 54(d)(1) of the Federal Rules of Civil Procedure, "[u]nless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party." This provision contains no relief for the losing party in a case because he or she may have had costs of their own, because he or she did not ask the opposing

party for assistance with his or her costs, or because the opposing party elected to use a particular method to pursue its case. In addition, there is no federal statute, other Federal Rule of Civil Procedure, or court order prohibiting the award of costs in this case. As such, Plaintiff's Response is DENIED. Plaintiff remains responsible for all costs as set forth in the Bill of Costs, (Doc. No. 56) filed with the Clerk's Office.

    IT IS SO ORDERED.

Signed: August 28, 2013

Frank D. Whitney
Chief United States District Judge